IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RONALD JENSEN,

CASE NO. 2:10-cv-141

Petitioner,

v.

JUDGE SARGUS

WARDEN, PICKAWAY
CORRECTIONAL INSTITUTION,

Respondent.

## OPINION AND ORDER

On June 3, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. §2254, be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby DISMISSED.

IT IS SO ORDERED.

_____  6-29-2010
Edmund A. Sargus, Jr.
United States District Judge