AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RONALD JENSEN,**

    **Petitioner,**

v.                                  **JUDGMENT IN A CIVIL CASE**

                                                 CASE NO.  C2-10-141
**WARDEN, PICKAWAY**                  JUDGE EDMUND A. SARGUS, JR.
**CORRECTIONAL INSTITUTION,**    MAGISTRATE JUDGE TERENCE P. KEMP

    **Respondent.**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed June 29, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: June 29, 2010                                  JAMES BONINI, CLERK

                                                       */S/ Andy F. Quisumbing*
                                                       (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk